NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000415
17-JUL-2013
02:54 PM

NO. CAAP-12-0000415

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
CLIFFORD C. DAVIDSEN, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 11-1-0602(1))

ORDER RESCINDING MEMORANDUM OPINION
(By: Nakamura, C.J., Fujise and Leonard, JJ.)

Whereas, due to an administrative error related to the assignment of the merits panel judges in this case,

IT IS HEREBY ORDERED that the Memorandum Opinion entered herein on June 28, 2013 is rescinded.

DATED: Honolulu, Hawai'i, July 17, 2013.

Chief Judge

Associate Judge

Associate Judge